UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROSEMARY WALKER, on her own            PLAINTIFF
Behalf and others similarly situated

v.            CASE NO.: 3:07-CV-657TSLJCS

PROFESSIONAL TRANSPORTATION INC.,            DEFENDANT
a Foreign Corporation

## AGREED ORDER OF DISMISSAL

The Court, being fully advised that the claims of the Plaintiff have been resolved by settlement with the Defendant in this case, finds this matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims asserted in this action by the Plaintiff shall be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that each party shall bear their own costs.

SO ORDERED, on this the 6th day of April, 2009.

           /S/ TOM S. LEE
           UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

FOR PLAINTIFF

/s/ Andrew R. Frisch
Andrew R. Frisch

FOR DEFENDANT

/s/ Peyton S. Irby, Jr.
Peyton S. Irby, Jr.